PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Luis Melendez                          Cr.:2:00-CR-319-01
                                                        PACTS Number: 026510

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 02/11/09

Original Offense: Possession of a firearm by a convicted felon

Original Sentence: 92 months

Type of Supervision: Supervised Release           Date Supervision Commenced: 08/07/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for domestic violence.

## CAUSE

The offender has prior arrests for harassment, terroristic threats, simple assault, and for violating a restraining order, all against former girlfriends.

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 11/18/09

PROB 12B - Page 2
Luis Melendez

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11-25-09
_____
Date