PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis Arturo Melendez      **Docket Number:** 00-00319-001
    **PACTS Number:** 26510

**Name of Sentencing Judicial Officer:** HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/11/2003

**Original Offense:** Possession of a firearm by a convicted felon

**Original Sentence:** 92 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/07/09

**Assistant U.S. Attorney:** To be determined, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be determined, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested on June 22, 2010, by Hoboken police, and charged with possession of Alprazolam. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>The offender failed to inform the undersigned officer of his arrest that occurred on June 22, 2010, within 72 hours of being arrested. |
| 3 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the** |

PROB 12C - Page 2
Luis Arturo Melendez

**first five days of each month.'**

The offender failed to submit January and February 2010 monthly supervision reports.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 06/30/10

## THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 7/22/10 @ 11:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 13, 2010
Date