PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis Arturo Melendez

**Docket Number:** 00-00319-001
**PACTS Number:** 26510

**Name of Sentencing Judicial Officer:** Honorable Susan D. Wigenton

**Date of Original Sentence:** 02/11/2003

**Original Offense:** Possession of a firearm by a convicted felon

**Original Sentence:** 92 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 08/07/09

**Assistant U.S. Attorney:** Barbara Llines, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick Mc Mahon, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested on June 22, 2010, by Hoboken police, and charged with possession of Alprazolam. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>The offender failed to inform the undersigned officer of his arrest that occurred on June 22, 2010, within 72 hours of being arrested. |
| 3 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

The offender failed to submit January and February 2010 monthly supervision reports.

4 The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On July 8, 2010, the offender was arrested by the Hoboken police, and charged with simple assault and terroristic threats.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

5 The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

Melendez tested positive for Hydromorphone and Hydrocodone on August 19, 2010.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

6 The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

On July 8, 2010, Melendez was arrested with Edwin Santos, a convicted felon. On January 16, 1998, the Honorable Camile M. Kenny, of the Hudson County Superior Court sentenced Santos to one-year probation for tampering with evidence.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 09/20/10

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[✗] The Issuance of a Summons.  Date of Hearing: *Oct. 5th, 2010 @ 3:30*
[✓] No Action
[  ] Other

_____
Signature of Judicial Officer

*September 23, 2010*
_____
Date