UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LUIS ARTURO MELENDEZ, Criminal No. 00-319

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. **LUIS ARTURO MELENDEZ, DOB: 8/14/1972 SBI # 973730,** is now confined at the East Jersey State Prison.

2. Said individual will be required at U.S. District Court, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Thursday, April 7, 2016, at 12:30 p.m., for his **Violation of Supervised Release Hearing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 29, 2016

BARBARA R. LLANES
Assistant United States Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: March 29, 2016

Hon. SUSAN D. WIGENTON, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the East Jersey State Prison:
WE COMMAND YOU that you have the body of

**LUIS ARTURO MELENDEZ, DOB: 8/14/1972 SBI # 973730**

now confined at the Northern State Prison, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, at the U.S. Courthouse in Newark, NJ, on Thursday, April 7, 2016, at 12:30 p.m., so that he may have his **Violation of Supervised Release Hearing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigneton
United States District Judge
Newark, New Jersey.

DATED: March 29, 2016

Per: _____
WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Deputy Clerk